UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TIMOTHY DAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-cv-00038 ) |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The parties have filed a Joint Notice of Settlement (Doc. No. 45), indicating that they have resolved the claims at issue and anticipate filing a dismissal order within the next thirty days.

The pretrial conference set for November 21, 2025 and trial date set for December 2, 2025 are CANCELLED. The parties shall file their dismissal documents on or before **December 12, 2025.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE